AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>CARLOS GOMEZ-GOMEZ,<br>a/k/a "Carlos Alberto Gomez-Gomez,"<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No. 12-8312-WM |

FILED by _____ D.C.
AUG -7 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Section 1326(a) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 7, 2012

_____
*Judge's signature*

City and state: West Palm Beach, FL    U.S. Magistrate Judge William Matthewman
*Printed name and title*

## UNITED STATES v. CARLOS GOMEZ-GOMEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Carlos GOMEZ-GOMEZ, a/k/a Carlos Alberto GOMEZ-GOMEZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about August 5, 2012, an individual identifying himself as Carlos GOMEZ-GOMEZ was arrested in Palm Beach County, Florida on charges of possession of cocaine and operating motor vehicle without valid license. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States.

4. On or about August 7, 2012, at the Palm Beach County Jail, Immigration Enforcement Agent Cynthia Alcocer took a sworn statement from the individual identifying himself as Carlos GOMEZ-GOMEZ. Post-*Miranda,* the individual admitted

1

that his true and correct name is Carlos GOMEZ-GOMEZ. He further admitted to being a citizen of Mexico, and admitted that he last entered the United States in September 2010, after being deported from the United States three times. Carlos GOMEZ-GOMEZ also admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about August 7, 2012, your affiant received documents from the immigration file bearing control number A098 300 828 corresponding to Carlos GOMEZ-GOMEZ. Original records within this alien file assigned to Carlos GOMEZ-GOMEZ show that he is a native and citizen of Mexico. Records further show that on or about December 3, 2004, Carlos GOMEZ-GOMEZ was ordered removed from the United States. The Orders of Removal were executed on or about December 3, 2004, and September 28, 2010, whereby Carlos GOMEZ-GOMEZ was removed from the United States to Mexico each time.

6. Town of Palm Beach Police Department fingerprint expert Gregory Parkinson conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on August 5, 2012, that is, Carlos GOMEZ-GOMEZ, was the same person previously removed from the United States on or about September 28, 2010.

7. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if Carlos GOMEZ-GOMEZ, filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that Carlos GOMEZ-GOMEZ

2

obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about August 5, 2012, Carlos GOMEZ-GOMEZ, a/k/a Carlos Alberto GOMEZ-GOMEZ an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this ___ day of August, 2012.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8312-WM

UNITED STATES OF AMERICA

vs.

CARLOS GOMEZ-GOMEZ,
a/k/a "Carlos Alberto Gomez-Gomez,"

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Robert.Waters@usdoj.gov
Florida Bar No. 365483
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711
Fax: (561) 820-8777